UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x
READING HEALTH SYSTEM,

                Plaintiff,

                v.

BEAR STEARNS & CO., INC.,
n/k/a J.P. MORGAN SECURITIES LLC,

                Defendant.
------------------------------------------------------------------x

Case No. 5:15-cv-01412-LS

## MOTION OF DEFENDANT BEAR, STEARNS & CO. INC. FOR SECTION 1292(b) CERTIFICATION FOR IMMEDIATE APPEAL OF THE FEBRUARY 18, 2016 ORDER

Pursuant to 28 U.S.C. § 1292(b), Defendant Bear, Stearns & Co. Inc., now known as J.P. Morgan Securities LLC, respectfully moves this Court for entry of an Order certifying the Court's February 18, 2016 order for immediate interlocutory appeal to the United States Court of Appeals for the Third Circuit.

Dated: August 9, 2016

By:   */s Michael K. Coran*
     Michael K. Coran (PA I.D. No. 55876)
     KLEHR HARRISON HARVEY BRANZBURG LLP
     1835 Market Street, Suite 1400
     Philadelphia, PA 19103
     Telephone: (215) 569-2497
     Fax: (215) 568-6603
     mcoran@klehr.com

     Jonathan K. Youngwood (admitted *pro hac vice*)
     SIMPSON THACHER & BARTLETT LLP
     425 Lexington Avenue
     New York, NY 10017-3954
     Telephone: (212) 455-3539
     Fax: (212) 455-2502
     jyoungwood@stblaw.com

     *Attorneys for Defendant Bear, Stearns & Co. Inc. n/k/a J.P. Morgan Securities LLC*

## **CERTIFICATE OF SERVICE**

I, Michael K. Coran, hereby certify that on the 9th day of August 2016, a true and correct copy of the foregoing Motion for Section 1292(b) Certification for Immediate Appeal of the February 18, 2016 Order was served on the below-listed counsel for plaintiff Reading Health System via the Court's electronic filing system:

>Lauren Wagner Pederson
>WAGNER PEDERSON LLC
>959 Ethan Allen Road
>Berwyn, PA 19312
>*Liaison Counsel for Reading Health System*
>
>Randall K. Berger
>Peter S. Linden
>Thomas W. Elrod
>KIRBY MCINERNEY LLP
>825 Third Avenue
>New York, NY 10022
>*Counsel for Reading Health System*

>/s/ Michael K. Coran
>Michael K. Coran